### 15927.   LUNSFORD v. THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only, and the verdict was amply authorized by the evidence. The court did not err in refusing a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of possession of liquor; from Glynn superior court— Judge Highsmith.  August 16, 1924.

*Krauss & Strong,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.

### 15928.   WILDER v. THE STATE.

LUKE, J.  The evidence authorized the defendant's conviction of violating the prohibition statute.  The assignments of error upon excerpts from the charge of the court, when the charge is read in its entirety, are without merit.  The special assignments of error upon the rulings of the court upon the admissibility of evidence are without merit.  For no reason pointed out did the court err in overruling the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1924.

Indictment for possessing and transporting liquor; from Glynn superior court—Judge Highsmith.  August 16, 1924.

Application for certiorari was denied by the Supreme Court.

*J. T. Colson,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.